

H. F. Simonson, for appellants; C. M. Webber, and Philip C. Zimmerly, for appellee. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full. Opinion filed February 25, 1954; rehearing denied March 31, 1954; released for publication March 31, 1954.

Ernest B. Dabbs, Plaintiff-Appellee, v. Freda Dabbs, Defendant-Appellant.

Gen. No. 9,925. (Abstract of Decision.)

Jacoby, Patton & Manns, for appellant; A. H. Petitt, and Jack McDonald, for appellee; Tom Roady, Jr., of counsel. Opinion by JUSTICE CARROLL. Not to be published in full. Opinion filed February 25, 1954; rehearing denied April 2, 1954; released for publication April 2, 1954.